**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DAVID JORDAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:23-cv-00846** |
| | ) | |
| **TRIPLE Z PROPERTIES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

The parties have filed a Stipulation of Dismissal (Doc. No. 14). Accordingly, this action is

**DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____

WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE